# Exhibit A

**+1 (856) 245-2532**

Text Message
Sun, Dec 6, 3:55 PM

Please contact MRS Assoc. regarding a ATT - DIRECTV matter at (866) 217-5870. MRS is a debt collector.

Mon, Dec 14, 7:47 PM

Please contact MRS Assoc. regarding a ATT - DIRECTV matter at (866) 217-5870. MRS is a debt collector.

Fri, Dec 18, 4:44 PM

Please contact MRS Assoc. regarding a ATT - DIRECTV matter at (866) 217-5870. MRS is a debt collector.

Fri, Jan 8, 3:36 PM

Please contact MRS

+1 (856) 245-2532

Fri, Jan 8, 3:36 PM

Please contact MRS Assoc. regarding a ATT - DIRECTV matter at (866) 217-5870. MRS is a debt collector.

Tue, Jan 12, 6:26 PM

Please contact MRS Assoc. regarding a ATT - DIRECTV matter at (866) 217-5870. MRS is a debt collector.

Sat, Jan 16, 12:39 PM

Please contact MRS Assoc. regarding a ATT - DIRECTV matter at (866) 217-5870. MRS is a debt collector.

Wed, Jan 20, 11:55 AM

Please contact MRS Assoc. regarding a ATT -

3:41



+1 (856) 245-2532

Wed, Jan 20, 11:55 AM

**Please contact MRS Assoc. regarding a ATT - DIRECTV matter at (866) 217-5870. MRS is a debt collector.**

Sun, Jan 24, 1:00 PM

**Please contact MRS Assoc. regarding a ATT - DIRECTV matter at (866) 217-5870. MRS is a debt collector.**

Thursday 12:54 PM

**Please contact MRS Assoc. regarding a ATT - DIRECTV matter at (866) 217-5870. MRS is a debt collector.**

Today 3:31 PM

**Please contact MRS**

 

3:42

32

+1 (856) 245-2532 >

DIRECTV matter at (866) 217-5870. MRS is a debt collector.

Sun, Jan 24, 1:00 PM

Please contact MRS Assoc. regarding a ATT - DIRECTV matter at (866) 217-5870. MRS is a debt collector.

Thursday 12:54 PM

Please contact MRS Assoc. regarding a ATT - DIRECTV matter at (866) 217-5870. MRS is a debt collector.

Today 3:31 PM

Please contact MRS Assoc. regarding a ATT - DIRECTV matter at (866) 217-5870. MRS is a debt collector.

  Text Message 



**+1 (856) 263-2559**

Text Message
Thu, Dec 10, 12:10 PM

Please contact MRS Assoc. regarding a ATT - DIRECTV matter at (833) 390-0110. MRS is a debt collector.

 

+1 (856) 226-0072 >

Text Message
Tue, Dec 22, 11:30 AM

**Please contact MRS Assoc. regarding a ATT - DIRECTV matter at (833) 390-0110. MRS is a debt collector.**




+1 (704) 859-0244

Text Message
Sat, Dec 26, 12:24 PM

Please contact MRS Assoc. regarding a ATT - DIRECTV matter at (833) 390-0110. MRS is a debt collector.








+1 (714) 660-1938

Text Message
Wed, Dec 30, 12:20 PM

Please contact MRS Assoc. regarding a ATT - DIRECTV matter at (833) 390-0110. MRS is a debt collector.

2:23



< Recents



# +1 (833) 388-0571

unknown

    

message　call　video　mail　pay

**Today**

11:04 AM  **Missed Call**

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

Share My Location

Block this Caller

    

Favorites　Recents　Contacts　Keypad　Voicemail

2:23

< Recents

+1 (833) 388-0571
unknown

message   call   video   mail   pay

January 29, 2021
12:03 PM  Missed Call

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

Share My Location

Block this Caller

Favorites   Recents   Contacts   Keypad   Voicemail 154



**+1 (833) 388-0571**
unknown

    
message   call   video   mail   pay

**February 1, 2021**
9:26 AM  **Missed Call**

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

Share My Location

Block this Caller

Favorites   Recents   Contacts   Keypad   Voicemail