IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **FLAVIO MILAM,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 1:21-cv-00119-LY |
| | § | |
| **MRS BPO, LLC** | § | |
| | § | |
| Defendant. | § | |

### JOINT NOTICE OF SETTLEMENT

The purpose of this Joint Notice of Settlement is to apprise the Court that Plaintiff and Defendant have resolved all claims asserted by Plaintiff. The Parties expect to file their dismissal papers with the Court within thirty (30) days from the filing of this Joint Notice of Settlement. Should the parties be unable to file their dismissal papers by this date, they will make an appropriate request for extension to the Court, if required, or provide a status update. In light of their progress, the parties request that all deadlines be stayed pending finalization of their settlement.

Respectfully submitted,

**FLAVIO MILAM, PRO SE PLAINTIFF**

By: _/s/ Flavio Milam_____
      Flavio Milam
      3000 Kramer Lane Apt. 1340
      Austin, Texas 78758
      F.milam01@gmail.com

**Pro Se Plaintiff**

And

                                        **KAUFMAN, DOLOWICH, & VOLUCK, LLP**

By:   */s/ Angella H. Myers*
       Angella H. Myers
       State Bar No. 24027229
       angella.myers@kdvlaw.com
       Sharon S. Gilmore
       State Bar No. 24045943
       sharon.gilmore@kdvlaw.com
       14643 Dallas Parkway, Suite 550
       Dallas, Texas 75254
       Telephone: (972) 781-2400
       Facsimile: (972) 781 2401
       **Attorneys for Defendant**

## CERTIFICATE OF SERVICE

The undersigned certified that on this, the **21st** day of **July 2022**, a true and correct copy of the *Joint Notice of Settlement* was served upon all counsel of record via Notice of Electronic Court Filing.

                                      */s/    Flavio Milam*
                                        Flavio Milam