IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
SEP 22 2022
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | | |
|---|---|---|
| FLAVIO MILAM, | § | |
| PLAINTIFF, | § | |
| | § | CAUSE NO. 1:21-CV-119-LY |
| V. | § | |
| | § | |
| MRS BPO, LLC, | § | |
| DEFENDANT. | § | |

## ORDER CLOSING CASE

Before the court is the above entitled cause. On September 21, 2022, the parties filed an Agreed Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Doc. #15). Accordingly,

**IT IS HEREBY ORDERED** that the case is **CLOSED**.

SIGNED this _22nd_ day of September, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE